JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 590 -- In re L & E Oil Operations Contract Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 84/03/22 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS AND CERT. OF SVC. -- L & E Oil Operations; SUGGESTED TRANSFEREE DISTRICT: D.Colorado; SUGGESTED TRANSFEREE JUDGE: (emh) |
| 84/03/27 | | AMENDED CERTIFICATE OF SERVICE -- L & E Oil Operations (Attached to pleading #1) (cds) |
| 84/04/02 | | APPEARANCE -- Mark A. Kling for Lyle D. Stroup, Ed Dreiling & L & E Oil Operations; John M. Humphreys for Charles Rupp, & Petroleum Search, Inc. (emh) |
| 84/04/13 ~~84/04/02~~ | | HEARING ORDER -- Setting motion to transfer A-1 and A-2 for Panel hearing in Washington, D.C. on May 17, 1984 (cds) |
| 84/05/11 | | WAIVERS OF ORAL ARGUMENT -- All parties waived (ds) |
| 84/05/21 | | ORDER DENYING TRANSFER of litigation (A-1 & A-2) pursuant to 28 U.S.C. §1407. NOTIFIED PASL, recipients, clerks and judges. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 590 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE L & E OIL OPERATIONS CONTRACT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 5/17/84 | 5/21/84 | MO (Denied) | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 5/21/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 590 -- In re L & E Oil Operations Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Petroleum Search, Inc. v. Lyle D. Stroup, et al. | D.Colo. Carrigan | 83-C-2434 | | | | |
| A-2 | L & E Oil Operations, etc. v. Petroleum Search, Inc., et al. | W.D.Ky. Ballantine | C 83-0259-0(B) | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 590 -- In re L & E Oil Operations Contract Litigation

| | |
|---|---|
| PETROLEUM SEARCH, INC. (A-1)<br>John M. Humphreys, Esquire<br>Suite 550<br>210 University Boulevard<br>Denver, Colorado 80206<br><br>L & E OIL OPERATIONS, ETC. (A-2)<br>Mark A. Kling, Esq.<br>Sumners & Miller<br>1616 Glenarm Place, Suite 2800<br>Denver, Colorado 80202 | LYLE D. STROUP<br>ED DREILING<br>Mark A. Kling, Esquire<br>(address listed under A-2)<br><br>Mr. Herman Tripp<br>Nevada, Iowa<br><br>Mr. Charles Rupp, Jr.<br>800 E. Girard<br>Suite 404N<br>Denver, Colorado 80231 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 590 -- In re L & E Oil Operations Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Lyle D. Stroup | A-1 |
| Ed Dreiling [Drilling struck through] d/b/a L & E Oil Operations | A-1 |
| Petroleum Search, Inc. | A-2 |
| Charles Rupp, Jr. | A-2 |
| Herman Tripp | A-2 |