JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 21 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 590

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE L&E OIL OPERATIONS CONTRACT LITIGATION

ORDER DENYING TRANSFER*

This litigation consists of two actions pending in two federal districts: one action in the District of Colorado and one action in the Western District of Kentucky. Presently before the Panel is a motion under 28 U.S.C. §1407 by L&E Oil Operations, the plaintiff in one action and the defendant in the other action, to transfer the Kentucky action to the District of Colorado for coordinated or consolidated pretrial proceedings with the action pending there. No party has responded to the motion.

On the basis of the papers filed,[1/] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. We note that only two actions are involved here, and suitable alternatives to transfer exist. Moreover, each action involves essentially the same parties, a factor that increases the opportunities for streamlining this litigation through cooperative efforts by the parties and their counsel.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to transfer the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judges Robert H. Schnacke and Sam C. Pointer, Jr. took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the question of transfer under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

Schedule A

<u>MDL-590 -- In re L&E Oil Operations Contract Litigation</u>

<u>Western District of Kentucky</u>

<u>L&E Oil Operations, etc. v. Petroleum Search, Inc., et al., C.A. No. C 83-0259-0(B)</u>

<u>District of Colorado</u>

<u>Petroleum Search, Inc. v. Lyle D. Stroup, et al.</u>, C.A. No. 83-C-2434